# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:17-cr-00021-JCM-GWF |
| Plaintiff, ) | |
| v. ) | **ORDER GRANTING MOTION TO APPEAR TELEPHONICALLY** |
| MARIBEL PAGAN, ) | (Docket No. 157) |
| Defendant. ) | |

Pending before the Court is Defendant Maribel Pagan's counsel's motion to appear telephonically at the arraignment and plea on April 20, 2017, at 3:00 p.m. Docket No. 157. Counsel, who failed to request a telephonic appearance until the day of the hearing, submits a vague assertion that he "just arrived from Europe and therefore could not be present ... today." *Id*.

Nonetheless, the Court **GRANTS** counsel's motion to appear telephonically at the hearing. Docket No. 30. Counsel shall call the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

DATED: April 20, 2017.

NANCY J. KOPPE
United States Magistrate Judge