✓ FILED ___ RECEIVED
✓ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL - 5 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CR-021-JCM-(GWF)-5 |
| Plaintiff, | |
| v. | Preliminary Order of Forfeiture |
| MARIBEL PAGAN, | |
| Defendant. | |

This Court finds that defendant Maribel Pagan pled guilty to Counts One through Five of a Five-Count Third Superseding Criminal Indictment charging her in Count One with Conspiracy to Commit Mail Fraud and Wire Fraud in Connection with Telemarketing in violation of Title 18, United States Code, Sections 1341, 1343, and 1349; in Counts Two and Three with Mail Fraud in violation of Title 18, United States Code, Section 1341; and in Counts Four and Five with Wire Fraud in violation of Title 18, United States Code, Section 1343. Third Superseding Indictment, ECF No.129; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds defendant Maribel Pagan agreed to the imposition of the in personam criminal forfeiture money judgment of $9,000 set forth in the Plea Agreement and the Forfeiture Allegations of the Third Superseding Criminal Indictment, not to be held jointly and severally liable with any codefendants and the collected money judgment amount between all codefendants is not to exceed $3,300,000. Third Superseding Indictment, ECF No. 129; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

The in personam criminal forfeiture money judgment is (1) any property, real or personal, which constitutes or is derived from proceeds traceable to violations of Title 18, United States Code, Sections 1341 and 1343, specified unlawful activities as defined in Title 18, United States Code, Sections 1956(c)(7)(A) and 1961(1)(B), or Title 18, United States Code, Section 1349, conspiracy to commit such offenses and (2) any real or personal property constituting, derived from, or traceable to the gross proceeds obtained directly or indirectly as a result of violations of Title 18, United States Code, Sections 1341 and 1343, or of Title 18, United States Code, Section 1349, conspiracy to commit such offenses, and is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(8)(B); and Title 21, United States Code, Section 853(p).

This Court finds that Maribel Pagan shall pay an in personam criminal forfeiture money judgment of $9,000 to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(8)(B); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Maribel Pagan an in personam criminal forfeiture money judgment of $9,000.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this 5th day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE